## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLARD REVELS,

     Plaintiff,

v.                                                                    Case No: 8:23-cv-2668-WFJ-LSG

MORGAN & ASSOCIATES, P.C. and
BOBBY G. IRBY,

     Defendants.

_____/

## ORDER

The Court has been advised by **the Notice of Settlement (Dkt. 47)** that the

above-styled action has been resolved. Accordingly, pursuant to Local Rule 3.09, M.D.

Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without

prejudice and subject to the right of the parties, within ten (10) days of the date of this

order, to submit a stipulated form of final order or judgment should they so choose or

for any party to move to reopen the action, *upon good cause shown*. After that 10-day

period, however, dismissal shall be with prejudice. The Clerk is directed to terminate

any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 14, 2025.

                              s/*William F. Jung*
                              **WILLIAM F. JUNG**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record